**FUTRELL v. RESINALL CORP.**

[357 N.C. 158 (2003)]

ROY FUTRELL, EMPLOYEE v. RESINALL CORPORATION, EMPLOYER, LIBERTY MUTUAL INSURANCE COMPANY, CARRIER

No. 399A02

(Filed 2 May 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 151 N.C. App. 456, 566 S.E.2d 181 (2002), affirming an opinion and award entered 7 August 2000 by the North Carolina Industrial Commission. Heard in the Supreme Court 9 April 2003.

*Cannon & Taylor, LLP, by Richard L. Cannon, III, for plaintiff-appellant.*

*Barber & Wilson, P.A., by Andrew H.D. Wilson and Leslie Hickman-Loucks, for defendant-appellees.*

PER CURIAM.

AFFIRMED.